■ In the Matter of the Intermediate Accounting of MINNIE SCHWAN, as Administratrix of the Estate of MINNA M. HIPP, Deceased, Respondent. HATTIE PHILLIPSON, Appellant; JOHN C. TOAZ, as Special Guardian of ANNA H. JACK, Respondent.— On the court's own motion, the decision handed down

November 18, 1957 is amended to read as follows: Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, pp. 876, 959.]